**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| JODY WILLIAMS, et al., | Case No. 2:18-cv-01737-GMN-CWH |
| Plaintiffs, | **REPORT AND RECOMMENDATION** |
| v. | |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

On April 2, 2019, the court entered an order granting plaintiff Jody Williams' application to proceed *in forma pauperis* and dismissing the class action complaint with leave to amend. (Order (ECF No. 6).) Plaintiff was ordered to file an amended complaint solely on her behalf or to obtain an attorney to represent the class by May 2, 2019. (*Id.*) Plaintiff was advised that failure to comply would result in a recommendation that this case be dismissed. (*Id.*) To date, plaintiff has not filed an amended complaint. Thus, it appears plaintiff has abandoned this case.

IT IS THEREFORE RECOMMENDED that plaintiff's case be DISMISSED without prejudice.

**NOTICE**

This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: May 30, 2019

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE